O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSIU YING LISA TSENG,<br><br>    Petitioner,<br><br>    vs.<br><br>MONA D. HOUSTON, Warden,<br><br>    Respondent. | Case No.  2:20-CV-09036 AB (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition with prejudice.

DATED: March 23, 2022

_____
ANDRÉ BIROTTE JR.,
UNITED STATES DISTRICT JUDGE