JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSIU YING LISA TSENG,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>MONA D. HOUSTON, Warden,<br><br>　　　　Respondent. | Case No. 2:20-CV-09036 AB (KES)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: March 23, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE